IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| A&R FOOD SERVICE CORPORATION,      ) | CIVIL ACTION NO. |
|     Plaintiff,      ) | 1:20-cv-11242 |
|           ) | |
| v.      ) | |
|           ) | |
| TRAVELERS PROPERTY CASUALTY COMPANY      ) | |
| OF AMERICA,      ) | |
|     Defendant.      ) | |

### NOTICE OF VOLUNTARILY DISMISSAL WITHOUT PREJUDICE
### (FED. R. CIV. P. 41(a)(1)(A)(i))

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff voluntarily dismisses this action without prejudice, specifically reserving its right to refile at a later date.

Respectfully submitted,
A&R Food Service Corporation,
By its attorneys,

/s/ Kathy Jo Cook
Kathy Jo Cook, BBO# 631389
kjcook@kjclawfirm.com
/s/ John T Martin
John T. Martin, BBO# 676344
jmartin@kjclawfirm.com
/s/ Benjamin H. Duggan
Benjamin H. Duggan, BBO# 684981
bduggan@kjclawfirm.com
KJC Law Firm, LLC
10 Tremont Street, 6th Floor
Boston, MA 02108
617-720-8447

CERTIFICATE OF SERVICE

    I, Benjamin H. Duggan, hereby certify that on this 23rd day of September, 2020, I served the foregoing document on all counsel of record via ECF.

        /s/ Benjamin H. Duggan
        Benjamin H. Duggan